IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID HOMOKI d/b/a<br>GLOBAL CHECK SERVICES | §<br>§<br>§ | |
| | § | CIVIL ACTION NO. 09-2644 |
| V. | §<br>§ | |
| CONVERSION SERVICES, INC. and<br>ELECTRONIC PAYMENT SYSTEMS | §<br>§<br>§ | JURY DEMAND |

**DEFENDANT CONVERSION SERVICES, INC.'S PROPOSED JURY SUBMISSION**

Comes now Defendant Conversion Services, Inc. and files the following Proposed Jury Charge Submission:

**Question No. 1**

Did Global Check and Conversion Services, Inc. enter into the agreement submitted to the jury as Plaintiff's Exhibit 12?

Answer "Yes" or "No"

Answer: _____

If you answered "Yes" to Question 1, answer Question 2, otherwise do not answer Question 2.

Question No. 2

Did Conversion Services, Inc. ("CSI") fail to comply with its agreement, if any, with David Homoki d/b/a Global Check Services ("Global Check")?

12820693v.2

Respectfully submitted,

SEYFARTH SHAW LLP


By:   /s/ Emma C. Mata
      Walter J. Cicack
      State Bar No. 04250535
      Emma C. Mata
      State Bar No. 24029470
      700 Louisiana Street, Suite 3700
      Houston, Texas 77002
      (713) 225-2300 - Tel
      (713) 225-2340 - Fax

*Attorney-in-Charge for Defendant, Conversion Services, Inc.*

12820693v.2

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served upon the counsel of record listed below by using the Court's ECF method and/or by certified mail, return receipt requested on the 17th day of November, 2010.

Charles M.R. Vethan
Elyse M. Farrow
Lee Keller King
THE VETHAN LAW FIRM, PC
2909 Baldwin
Houston, Texas 77006
Attorneys for Plaintiff

Scotty P. Krob
8400 E. Prentice Ave.
Penthouse
Greenwood Village, Colorado 80111

                                          /s/ Emma C. Mata
                                          Emma C. Mata

12820693v.2